THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANDREW PACKER, Respondent.

Submitted March 17, 2008; decided March 20, 2008

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.